**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Sergio CHAVEZ, Defendant–Appellant.**

**No. 03–41578.**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided Nov. 21, 2005.

James Lee Turner, Assistant U.S. Attorney, Katherine L Haden, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Larry Chris Iles, Rockport, TX, for Defendant–Appellant.

Before JONES and SMITH, Circuit Judges.*

* Due to his death on Sept. 14, 2004, Judge Reynaldo G. Garza did not participate in this decision. The case is being decided by a quorum. 28 U.S.C. § 46(d).

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM: **

This court affirmed the judgment of conviction and sentence of Sergio Chavez. *United States v. Chavez,* 105 Fed.Appx. 641 (5th Cir.2004) (unpublished). The Supreme Court vacated and remanded for further consideration in light of *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). *See Chavez v. United States,* —— U.S. ——, 125 S.Ct. 1075, 160 L.Ed.2d 1055 (2005). We requested and received supplemental letter briefs addressing the impact of *Booker.* Chavez admits that *Booker* has no impact on our decision in his case. Accordingly, we adhere to our prior determination and reinstate our judgment AFFIRMING Chavez's conviction and sentence.

**AFFIRMED.**

---

** Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

